UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE F.C. ABREU,<br><br>Plaintiff,<br><br>v.<br><br>SHASTA COUNTY SHERIFF'S OFFICE, et al.,<br><br>Defendants. | No. 2:25-cv-0813-DC-CSK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 20) |

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 7, 2025, the magistrate judge filed findings and recommendations that were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. On August 11, 2025, plaintiff filed untimely objections to the findings and recommendations. (ECF No. 21.) In his objections, plaintiff does not meaningfully address the findings and recommendations. Rather, plaintiff reiterates his allegations of vanishing children and government corruption, which provide no basis upon which to reject the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

1

court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 20) are adopted in full;

2. This action is dismissed without leave to amend; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **August 18, 2025**

Dena Coggins
United States District Judge